**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**United States Probation Office**

## I N T E R O F F I C E   M E M O R A N D U M

| | |
|---|---|
| **TO:** | Harry Vine, Courtroom Clerk of the Honorable John A. Mendez |
| **FROM:** | Cynthia J. Mazzei Senior United States Probation Officer |
| **DATE:** | May 8, 2009 |
| **SUBJECT:** | Monica Renee WARD Docket Number:  2:04CR00325-02 <u>REQUEST FOR CONTINUANCE</u> |

This is to advise that we are requesting the dispositional hearing set for May 19, 2009, be continued on Your Honor's calendar to June 9, 2009, at 9:30 a.m.

The probation office contacted Assistant United States Attorney Matthew Stegman and defense counsel Carl Larson and they are not opposed to the continuance. The probation office is considering Ms. Ward's placement in The Family Foundations Program which is through the California Department of Corrections and Rehabilitation.

**Reviewed by:**      /s/   Kyriacos M. Simonidis
                                **KYRIACOS M. SIMONIDIS**
                                **Supervising United States Probation Officer**

CJM:jz
cc:    Matthew Stegman, Assistant United States Attorney
         Carl Larson, Defense Counsel

**SUBJECT:** Monica Renee WARD
Docket Number: 2:04CR00325-02
<u>REQUEST FOR CONTINUANCE</u>

AGREE: <u>X</u>                             DISAGREE: _____

<u>/s/ John A. Mendez</u>                  <u>5/12/2009</u>
**JOHN A. MENDEZ**                         DATE
United States District Judge